## Commonwealth *v.* Pugh, Appellant.

Submitted June 8, 1970. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and CERCONE, JJ.

388

*David Rudovsky* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Acting Defender, for appellant.

*Joan B. Duncan*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 13, 1970:
Order affirmed.

_____

CONCURRING AND DISSENTING OPINION BY HOFFMAN, J.:

Appellant's convictions on indictment Nos. 409-411, January Term, 1962 raise a question identical in all respects with the appeal in *Commonwealth v. Mills*, 217 Pa. Superior Ct. 269, 269 A. 2d 322 (1970). For the reasons stated in my dissenting opinion in that case, I would vacate judgment of sentence and discharge appellant on these charges.